IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO, ET AL, ETC.,<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 12-58<br>) |
| CITIBANK, N.A., ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER OF COURT

AND NOW this 22nd day of March, 2012, before the court is the parties' Joint Motion to Stay Action [document #43] pending a decision by the United States Supreme Court in the case of First American Financial Corporation, et al. V. Denise P. Edwards, Case No. 10-708, the resolution of which will impact the claims and defenses to be asserted in this matter. Upon review, the Court will refrain from ruling on the outstanding motion. However, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate them by motion to the Court, submitting a copy of the Supreme Court's decision in the above captioned case.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record