UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO and VINCENT MENICHINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., CITIMORTGAGE, INC., CITIBANK MORTGAGE REINSURANCE, INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., GENWORTH MORTGAGE INSURANCE CORP., and REPUBLIC MORTGAGE INSURANCE CO.,<br><br>Defendants. | Civil Action No.: 2:12-cv-00058-GLL<br><br>*Electronically Filed* |

## ORDER

AND NOW, this _10_ day of September, 2012, upon consideration of the parties' Joint Motion to Reopen Case Administratively Closed on March 22, 2012 and Set Schedule for Re-Opened Proceedings, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**, and the parties shall proceed as follows:

1. The Clerk of the Court is directed to mark this case as open and return it to the active list;

2. Plaintiffs shall file their Amended Complaint no later than forty-five (45) days after the date upon which the Court enters the order returning the case to the active list;

3. Defendants time to answer, move, or otherwise respond to the Amended Complaint in this action shall be within sixty (60) days of the filing of the Amended Complaint;

4. Plaintiffs shall file their opposition(s) to Defendants' Motion(s) to Dismiss, if any, within sixty (60) days of the filing of Defendants' Motion(s) to Dismiss the Amended Complaint;

5. Each moving Defendant (or group of Defendants) may file a Reply in Support of their Motion to Dismiss Amended Complaint within twenty-one (21) days of the filing of Plaintiffs' Opposition;

6. Defendants are expressly relieved of any requirement to respond to the current Complaint; and

7. That the Parties shall meet and confer regarding proposed dates for the filing and briefing of Plaintiffs' Motion for Class Certification, as well as dates and procedures for discovery and other pre-trial matters, including dispositive motions and expert reports and discovery and report to the Court regarding same within fourteen (14) days of this Court's decision(s) on Defendants' Motion(s) to Dismiss Plaintiffs' Amended Complaint, as appropriate, provided that nothing here shall prohibit the filing of dispositive motions, including motions for summary judgment prior thereto.

**IT IS SO ORDERED.**

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster
Chief United States, District Judge