# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO and VINCENT MENICHINO, individually and on behalf of all others similarly situated, ) ) ) ) | Civil Action No.: 12-cv-00058 GLL |
| Plaintiffs, ) ) | Chief Judge Gary L. Lancaster |
| v. ) ) | |
| CITIBANK, N.A., CITIMORTGAGE, INC., CITIBANK MORTGAGE REINSURANCE, INC., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., GENWORTH MORTGAGE INSURANCE CORP., and REPUBLIC MORTGAGE INSURANCE CO., ) ) ) ) ) ) ) ) ) | **ELECTRONICALLY FILED** |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF MATTHEW T. LOGUE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that Matthew T. Logue is no longer associated with Del Sole Cavanaugh Stroyd LLC and is hereby withdrawn as counsel for Defendant GENWORTH MORTGAGE INSURANCE CORP. The law firms of Del Sole Cavanaugh Stroyd LLC and SNR DENTON US LLP continue to serve as counsel for Defendant GENWORTH MORTGAGE INSURANCE CORP by and through the attorneys listed below, and all future correspondence, pleadings and papers in this action should continue to be directed to them.

DEL SOLE CAVANAUGH STROYD LLC

By:    /s/   Arthur H. Stroyd, Jr.,
Arthur H. Stroyd, Jr., Esquire
PA ID No. 15910
astroyd@dscslaw.com

"        "        "        "        "        "        "        Dt{cp"E0F gxkpg."Gus wktg"
                                                RC"KF "P q0: : 577"
                                                df gxkpgB f ueurcy Oeqo "
                                                "
"        "        "        "        "        "        "        Vj g"Y cvgthtqpv'Dwknfkpi ."Uwkvg"522"
"        "        "        "        "        "        "        422 'Hktuv'Cxgpwg"
"        "        "        "        "        "        "        Rkwudwti j ."RC"37444"
"        "        "        "        "        "        "        *634+'483/45; 5"
"
"        "        "        "        "        "        "        UP T "F GP VQP "WU'NNR"
"
"        "        "        "        "        "        "        Tgkf "N0'Cuj kpqhh"*pro hac vice+"
"        "        "        "        "        "        "        3443'Cxgpwg"qh'\j g'Co gtkecu"
"        "        "        "        "        "        "        P gy "[ qtm'P gy "[ qtm'32242/32: ; "
"        "        "        "        "        "        "        Vgngrj qpg<"    *434+'98: /8922"
"        "        "        "        "        "        "        Hceuko kng<"    *434+'98: /8: 22"
"
"        "        "        "        "        "        "        Dgpkq'F grhkp."Lt0 *pro hac vice+"
"        "        "        "        "        "        "        823 'Uqwyj "Hki wgtqc"Uvtggv'Uwkvg"4722"
"        "        "        "        "        "        "        Nqu'Cpi grgu."Ecrkhqtpkc"; 2239/7926"
"F cvgf <Lcpwct{ '44."4235
"
"
"
"
""""""""""""""""""""""""""""""""""""UQ'QTF GTGF ."\j ku'45tf "f c{'qh'Lcpwct{ ."42350
"
"
""""""""""""""""""""""""""""""""""""uII ct{ "N0'Ncpecuvgt
"""""""""""""""""""""""""""""""""""aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa.E0L0
""""""""""""""""""""""""""""""""""""J qp0I ct{ "N0'Ncpecuvgt."Ej kgh'WU0F kutkev'Lwfi g"