IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO, ET AL.,<br>Plaintiffs, | )<br>)<br>) |
| v. | ) Civil Action No. 12-58<br>) |
| CITIBANK, N.A., ET AL.,<br>Defendants. | )<br>)<br>) |

## ORDER OF COURT

AND NOW, this 2㐅 day of February, 2013, the Court has received notice that defendant Triad Guaranty Insurance Corp. is currently under an Order of Receivership, arising out of a Verified Complaint for Rehabilitation with a Finding of Insolvency, filed in the Circuit Court of Cook County, Illinois, at Case No. 12 CH 43895 [document #103]. Pursuant to authority stated in said order, further prosecution of plaintiffs' claims against defendant Triad Guaranty Insurance Corp. is barred by mandatory and prohibitive injunction. As a result, no further action can be taken against this party at this time. Therefore, IT IS HEREBY ORDERED that the Clerk of Court shall mark the above captioned case administratively closed as to defendant Triad Guaranty Insurance Corp. only.

Nothing contained in this order shall be considered a dismissal or disposition of this matter as to defendant Triad Guaranty Insurance Corp. and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All counsel of record