

ATTORNEYS AT LAW

777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
414.297.5561
pcbabler@foley.com EMAIL

CLIENT/MATTER NUMBER
052406-0293

January 30, 2015

**VIA ECF**

Honorable Mark R. Hornak
United States District Court
Western District of Pennsylvania
700 Grant Street
Pittsburgh PA  15219

      Re:    *Linda Menichino, et al. v. Citibank, N.A., et al.*,
             Civil Action No. 2:12-cv-00058-MRH

Dear Judge Hornak:

      I write to notify the Court that defendants Mortgage Guaranty Insurance Corporation ("MGIC") and Genworth Mortgage Insurance Corporation ("Genworth") and plaintiffs have settled all of plaintiffs' claims asserted in this action against MGIC and Genworth.  Requests for the dismissal of MGIC and Genworth from this action will be filed shortly.  Thank you for your attention to this matter.

      Very truly yours,

      s/ Philip C. Babler
      Philip C. Babler
      One of the Attorneys for Defendant
      Mortgage Guaranty Insurance Corporation

cc:    All counsel of record (via ECF)

| | | | | |
|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | TALLAHASSEE |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN FRANCISCO | TAMPA |
| CHICAGO | MADISON | ORLANDO | SHANGHAI | TOKYO |
| DETROIT | MIAMI | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |

4819-2727-9393.1